No opinion. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

BARNEY ZINICK, Appellant, v. ANNA EIDELBERG, Respondent, et al., Defendants.—

No opinion. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

WILCO CONSTRUCTION CORP., Respondent, v. ARON PRYWES, Appellant.

Time was not of the essence in the contract in suit. While plaintiff in its complaint failed to allege the facts showing that it was in default on the date set forth in the contract for the passing of title and showing that such default was excusable and worked no harm on defendant, we amend the complaint to conform to the proof in these respects (Civ. Prac. Act, §§ 109, 434; *Thorne Neale & Co.* v. *New York So. Coal Term. Corp.*, 270 App. Div. 816, affd. 295 N. Y. 977). Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur. [29 Misc 2d 81.]

## (November 28, 1961)

HAROLD FROMKIN et al., Appellants, v. MERRALL REALTY, INC., et al., Respondents, and LAND & BUILDING INVESTORS, INC., Respondent-Appellant.—

Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

In the Matter of the Estate of JOHN LAPENNA, Deceased. MARY LAPENNA, Appellant; JAMES LAPENNA et al., Respondents.—

Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.